# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DICHELE WHITE AND JULIAN
WHITE

VERSUS

LAMMICO, OUR LADY OF THE
LAKE HOSPITAL, INC., D/B/A
OUR LADY OF THE LAKE
REGIONAL MEDICAL CENTER,
MICHAEL L. BRUCE, M.D., AND
KEVIN J. DEAN, M.D.

NO.  2021 CW 0510

JULY 06, 2021

---

In Re:    Dichele White and Julian White, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 690357.

---

**BEFORE:  CHUTZ, LANIER, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's April 16, 2021 judgment granting Dr. Jeffrey P. Cunniff's motion for summary judgment and dismissing all claims of plaintiffs, Dichele White and Julian White, against Dr. Cunniff, with prejudice is a final appealable judgment. See La. Code Civ. P. art. 1915A(1) and (3). Therefore, the writ application is granted, for the limited purpose of remanding the case to the trial court with instructions to grant relators, Dichele White and Julian White, an appeal pursuant to the pleading that notified the trial court of their intention to seek supervisory writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (per curiam). In the event plaintiffs, Dichele White and Julian White, seek to appeal the trial court's judgment, they shall submit an order for appeal to the trial court within thirty days of this court's order. Additionally, a copy of this court's order is to be included in the appellate record.

WRC
WIL
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT